# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MANDY JERNIGAN<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | Case No. 4:14CV803<br>Judge Mazzant/Judge Bush |
| CITY OF PARKER, TEXAS<br>    Defendant. | §<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant City of Parker's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #14) should be GRANTED and that Plaintiff's claims against the City of Parker should be dismissed with prejudice for failure to state a claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Defendant City of Parker's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #14) is GRANTED and Plaintiff's claims against the City of Parker are dismissed with prejudice for failure to state a claim.

**It is SO ORDERED.**

SIGNED this 25th day of August, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE